Harris v. Howe.

Filed Sept. 15, 1891.

No. 14,505. .

## HARRIS v. HOWE.

APPELLATE COURT.—*Proceedings Supplementary to Execution.—Jurisdiction.*
—The Appellate Court has exclusive jurisdiction of a proceeding supplementary to execution, in aid of the collection of a judgment, where the amount in controversy does not exceed one thousand dollars. The fact that it may be necessary for the court to pass upon the validity of

The Parke County Coal Co. *v.* The Terre Haute Paper Co. *et al.*

a transfer of property, where it incidentally arises, is not sufficient to deprive the Appellate Court of jurisdiction.

From the Bartholomew Circuit Court.

*S. Stansifer* and *C. S. Baker*, for appellant.

*J. C. Orr* and *W. S. Swengel*, for appellee.

MILLER, J.—This was a proceeding supplementary to execution, instituted under section 819, R. S. 1881, in aid of the collection of a judgment.

We are of the opinion that the cause is within the exclusive jurisdiction of the Appellate Court. The action is " for the recovery of money only," and the amount in controversy is less than one thousand dollars. We do not think that the fact that it may be necessary for the court to pass upon the validity of a transfer of property, where it incidentally arises, is sufficient to deprive the Appellate Court of jurisdiction. *Baker* v. *Groves*, 126 Ind. 593; *Parker* v. *Indianapolis Nat'l Bank*, 126 Ind. 595.

The clerk of this court is, therefore, directed to transfer this cause to the Appellate Court for final determination.

Filed May 16, 1891.